```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH DELLAMEDAGLIA,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :
                                                            :
ZEMAK LLC, et al.,                                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2020

20-CV-6753 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 4, 2020, Defendants filed a motion to dismiss the first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 35.)  Accordingly, it is hereby:

ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by January 4, 2021.  Defendants' reply, if any, shall be served by January 18, 2021.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge