UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dellamedaglia et al.<br>　　　　　　　Plaintiff,<br><br>-against-<br><br>Zemak LLC et al.<br>　　　　　　　Defendants. | Index No. 1:20 cv 6753<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

　　　Michael Antonio Faillace, Esq. the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as Daniel A. Tannenbaum Esq's last day of employment with the law firm of Michael Faillace & Associates, P.C. was Wednesday, December 23, 2020.

　　　Daniel A. Tannenbaum Esq. will continue to represent the Plaintiff (s) in this matter, and no party will be prejudiced if this Motion is granted.

　　　WHEREFORE, the undersigned counsel respectfully requests that this Court permit Michael Faillace to withdraw as counsel for the Plaintiff(s) in this matter.

Dated:
New York, New York
December 28, 2020

Respectfully Submitted,

*/s/ Michael A. Faillace*
Michael Antonio Faillace, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   12/29/2020