**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOSEPH DELLAMEDAGLIA, individually
and on behalf of others similarly situated,

                        Plaintiffs,              Index No. 20 cv 6753 -VSB

          -against-                  **[Proposed Form Of]**
                                                         **JUDGMENT**

ZEMAK LLC (D/B/A AURORA), RAMZA
ZAKKA, and ABDUL SEDKI

                        Defendants.
-------------------------------------------------------X

       On January 12, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

     NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

     That the Plaintiff JOSEPH DELLAMEDAGLIA have judgment against Defendants ZEMAK LLC (D/B/A AURORA), RAMZA ZAKKA, and ABDUL SEDKI (collectively "Defendants"), jointly and severally, in the amount of $37,500 (Thirty Seven Thousand Five Hundred Dollars) which is inclusive of attorneys' fees and costs.

     This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Dated: _____, 2021

                                                      _____
                                                      **HON. VERNON S. BRODERICK**